EXHIBIT 3

INFRINGEMENT ANALYSIS OF THE '552 PATENT

Annotated photographs of the Kobalt Pry Bar, labeled as Kobalt FIGS. 1-5 are included below the chart for Claim 1 and are referenced in the chart. An additional chart for infringed dependent claims is included below the photographs.

| Claim 1 of the 11,981,552 Patent | Kobalt Pry Bar |
|---|---|
| A pry tool comprising: | The Kobalt Pry Bar is a pry tool. |
| a first section having a longitudinal axis in a first plane; | The Kobalt Pry Bar has a first section (handle section) with a longitudinal axis in a first plane. See Kobalt FIGS. 1-2 below. |
| a second section comprising a first claw portion; | The Kobalt Pry Bar has a second section (the metal part extending forwardly from the first section/handle). The second section has a first claw portion, which is the front end of the metal part that is substantially perpendicular to the first section/handle. See Kobalt FIGS. 1 and 3 below. |
| wherein the first claw portion comprises a first plate and a pry panel; | The Kobalt Pry Bar's first claw portion has a first plate and a pry panel. See Kobalt FIGS. 1 and 3 below. |
| wherein the first plate comprises a first lateral edge, a second lateral edge, a first face disposed toward the first section, a second face disposed away from the first section, and a first end disposed between the first lateral edge and the second lateral edge; | The Kobalt Pry Bar's first plate has first and second lateral edges, a first face disposed toward the first section/handle, a second face[1] disposed away from the first section/handle, and a first end between the first and second lateral edges. See Kobalt FIGS. 4-5. |
| wherein the first lateral edge and the second lateral edge are disposed in a second plane substantially perpendicular to the first plane; | The Kobalt Pry Bar's first and second lateral edges are disposed in a second plane that is substantially perpendicular to the first plane of the first section/handle. See Kobalt FIG. 1 below. |

---

[1] The second face is resting on the tabletop in Kobalt FIG. 4.

| Claim 1 of the 11,981,552 Patent | Kobalt Pry Bar |
|---|---|
| wherein the pry panel is asymmetrically bowed inwardly toward the first section from the first plate and is connected at a first end to the first plate and at a second end to the first plate; and | The Kobalt Pry Bar's pry panel is asymmetrically bowed, having a first part (or leg) that is longer than the second part (or leg) to make the pry panel asymmetric, and it is bowed inwardly toward the first section/handle. The Kobalt Pry Bar's pry panel is connected at a first end to the first plate and at a second end to the first plate. See Kobalt FIGS. 1 and 5 below. |
| wherein the first face comprises a tapered portion extending to the first end of the first plate. | The Kobalt Pry Bar's first face includes a tapered portion that extends to the end of the first plate. See Kobalt FIGS. 1 and 4 below. |



Kobalt FIG. 1 - Side Elevation of Kobalt Pry Bar (Full View)

Exhibit 3 page 2



Kobalt FIG. 2 - Top Plan View of Kobalt Pry Bar



Kobalt FIG. 3 - Kobalt Pry Bar In Use

Exhibit 3 page 3



Kobalt FIG. 4 - View of Inside (First Face) Surface of Kobalt Pry Bar

Exhibit 3 page 4



Kobalt FIG. 5 - Side Elevation of Kobalt Pry Bar (Partial)

Exhibit 3 page 5

| Dependent Claims of the 11,981,552 Patent | Kobalt Pry Bar |
|---|---|
| 2. The pry tool according to claim 1, wherein the pry panel comprises a first part comprising the first end of the pry panel and a second part comprising the second end of the pry panel. | The Kobalt Pry Bar's pry panel has a first part (e.g., a first leg) that has the first end and a second part (e.g., a second leg) that has the second end of the pry panel. See Kobalt FIG. 5. |
| 7. The pry tool according to claim 3 wherein the pry panel is integrally formed with the first plate. | The Kobalt Pry Bar's pry panel is integrally formed with the first plate. See Kobalt FIGS. 3-5. |
| 9. The pry tool according to claim 3 wherein the first section is configured as a handle section having a width narrower than a width of the first claw portion. | The Kobalt Pry Bar's first section is configured as a handle and has a width narrower than a width of the first claw portion. See Kobalt FIGS. 2-3. |
| 10. The pry tool according to claim 3 wherein the pry tool is a building construction material pry tool. | The Kobalt Pry Bar is a building construction material pry tool. |
| 11. The pry tool according to claim 2 wherein the pry panel further comprises a third part that joins the first part and the second part together; and: wherein the third part is rounded. | The Kobalt Pry Bar's pry panel has a third part (e.g., fulcrum) that joins the first part to the second part and is rounded. See Kobalt FIG. 5. |
| 15. The pry tool according to claim 1 wherein the pry panel is integrally formed with the first plate. | The Kobalt Pry Bar's pry panel is integrally formed with the first plate. See Kobalt FIGS. 3-5. |
| 16. The pry tool according to claim 1 wherein the second section further comprises a second claw portion disposed between the first section and the first claw portion and wherein the second claw portion comprises at least one ridge. | The Kobalt Pry Bar has a second claw portion between the first section and the first claw portion and the second claw portion has a ridge. See Kobalt FIGS. 2 and 5. |
| 17. The pry tool according to claim 16 wherein the second section further comprises a rounded heel disposed between the first claw portion and the second claw portion. | The Kobalt Pry Bar has a rounded heel between the first and second claw portions. See Kobalt FIGS. 2 and 5. |
| 19. The pry tool according to claim 1 wherein the first end of the first plate further comprises a v-shaped notch. | The Kobalt Pry Bar has a v-shaped notch in the first (forward) end of the first plate. See Kobalt FIG. 4. |

Exhibit 3 page 6

| Dependent Claims of the 11,981,552 Patent | Kobalt Pry Bar |
|---|---|
| 20. The pry tool according to claim 1 wherein the tapered portion forms an angle of 15-25 degrees relative to the second plane. | The Kobalt Pry Bar has a tapered portion that forms an angle of around 19 degrees relative to the second plane. See Kobalt FIG. 1. |
| 22. The pry tool according to claim 1 wherein the second section further comprises a second claw portion comprising a second plate disposed between the first section and the first claw portion; wherein the second plate has a first width near the first section that is narrower than a second width near the first claw portion. | The Kobalt Pry Bar has a second claw portion between the first section and the first claw portion and the second plate has a narrower width near the first section (handle) than near the first claw portion. See Kobalt FIG. 2. |
| 23. The pry tool according to claim 22 wherein the first claw portion and second claw portion are integrally formed. | The Kobalt Pry Bar's first and second claw portions are integrally formed. See Kobalt FIGS. 4-5. |
| 25. The pry tool according to claim 1 wherein the pry tool is a building construction material pry tool. | The Kobalt Pry Bar is a building construction material pry tool. |
| 29. The pry tool according to claim 11 wherein the first part is longer than the second part. | The Kobalt Pry Bar's pry panel has a first part (e.g., a first leg) that is longer than the second part (e.g., a second leg). See Kobalt FIG. 5. |
| 33. The pry tool according to claim 11 wherein the first end of the pry panel is disposed proximal to the first end of the first plate and the second end of the pry panel is disposed distal to the first end of the first plate; and wherein the third part is disposed closer to the second end of the pry panel than the first end of the pry panel. | The Kobalt Pry Bar's pry panel has a first end located near the first end of the first plate and a second end located distal to the first end of the first plate. It also has a third part (e.g., fulcrum) that is closer to the second end of the pry panel than the first end of the pry panel. See Kobalt FIG. 5. |
| 37. The pry tool according to claim 33 wherein the first part of the pry panel is disposed between the first end of the first plate and the second part of the pry panel. | The Kobalt Pry Bar's pry panel has a first part that is located between the first end of the first plate and the second part of the pry panel. See Kobalt FIG. 5. |
| 46. The pry tool according to claim 33 wherein the first part and the second part, of the pry panel are integrally formed with the first plate. | The Kobalt Pry Bar's pry panel is integrally formed with the first plate. See Kobalt FIGS. 3-5. |

Exhibit 3 page 7

| Dependent Claims of the 11,981,552 Patent | Kobalt Pry Bar |
|---|---|
| 47. The pry tool according to claim 33 wherein the pry panel is integrally formed with the first plate. | The Kobalt Pry Bar's pry panel is integrally formed with the first plate.  See Kobalt FIGS. 3-5. |

Exhibit 3 page 8