EXHIBIT 4
INFRINGEMENT ANALYSIS OF THE '310 PATENT

Annotated photographs of the Kobalt Pry Bar, labeled as Kobalt FIGS. 1-5 are included below the chart for Claim 1 and are referenced in the chart. An additional chart for infringed dependent claims is included below the photographs.

| Claim 1 of the 12,371,310 Patent | Kobalt Pry Bar |
|---|---|
| A pry tool comprising: | The Kobalt Pry Bar is a pry tool. |
| a handle section comprising a longitudinal axis in a first plane; | The Kobalt Pry Bar has a handle section with a longitudinal axis in a first plane. See Kobalt FIGS. 1-2 below. |
| a claw section extending from the handle section, the claw section comprising a first claw portion and a pry panel; | The Kobalt Pry Bar has a claw section (the metal part extending forwardly from the handle section). The claw section has a first claw portion, which is the front end of the metal part that is substantially perpendicular to the handle and a pry panel. See Kobalt FIGS. 1 and 3 below. |
| wherein the first claw portion comprises a first lateral edge, a second lateral edge, and a first end disposed between the first lateral edge and the second lateral edge; | The Kobalt Pry Bar's first claw portion has first and second lateral edges and a first end between the first and second lateral edges. See Kobalt FIGS. 4-5. |
| wherein the first lateral edge and the second lateral edge are disposed in a second plane substantially perpendicular to the first plane; | The Kobalt Pry Bar's first and second lateral edges are disposed in a second plane that is substantially perpendicular to the first plane of the first section/handle. See Kobalt FIG. 1 below. |
| wherein the pry panel is asymmetrically bowed and extends inwardly from the first claw portion toward the handle section; and | The Kobalt Pry Bar's pry panel is asymmetrically bowed, having a first part (or leg) that is longer than the second part (or leg) to make the pry panel asymmetric, and it extends inwardly toward the handle section. See Kobalt FIGS. 1 and 5 below. |
| wherein the pry panel is connected at a first end to the first claw portion and at a second end to the first claw portion | Kobalt Pry Bar's pry panel is connected at a first end to the first claw portion and at a second end to the first claw portion. See Kobalt FIGS. 1 and 5 below. |



Kobalt FIG. 1 - Side Elevation of Kobalt Pry Bar (Full View)

Exhibit 3 page 2



Kobalt FIG. 2 - Top Plan View of Kobalt Pry Bar



Kobalt FIG. 3 - Kobalt Pry Bar In Use

Exhibit 3 page 3



Kobalt FIG. 4 - View of Inside Surface of Kobalt Pry Bar

Exhibit 3 page 4



Kobalt FIG. 5 - Side Elevation of Kobalt Pry Bar (Partial)

Exhibit 3 page 5

| Dependent Claims of the 11,981,552 Patent | Kobalt Pry Bar |
|---|---|
| 2. The pry tool according to claim 1 wherein the pry panel comprises a first panel comprising the first end of the pry panel and a second panel comprising the second end of the pry panel | The Kobalt Pry Bar's pry panel has a first panel (e.g., a first leg) that has the first end and a second panel (e.g., a second leg) that has the second end of the pry panel. See Kobalt FIG. 5. |
| 3. The pry tool according to claim 2 wherein the first panel has a first length, the second panel has a second length, and wherein the first length is longer than the second length. | The Kobalt Pry Bar's first panel (e.g., a first leg) has a first length that is longer than a second length of the second panel. See Kobalt FIG. 5. |
| 8. The pry tool according to claim 1 wherein the claw section comprises a second claw portion disposed between the handle section and the first claw portion. | The Kobalt Pry Bar has a second claw portion between the handle section and the first claw portion. See Kobalt FIGS. 2 and 5. |
| 9. The pry tool according to claim 8 wherein the second claw portion comprises a rear portion extending from the handle section toward the first claw portion and a forward portion extending from the rear portion toward the first claw portion | The Kobalt Pry Bar's second claw portion includes a rear portion extending from the handle section toward the first claw portion and a forward portion extending from the rear portion toward the first claw portion. See Kobalt FIG. 2. |
| 10. The pry tool according to claim 9 wherein the rear portion is disposed within or parallel to the first plane. | The Kobalt Pry Bar's rear portion of the second claw portion is disposed within or parallel to the first plane. See Kobalt FIG. 1. |
| 11. The pry tool according to claim 9 wherein the rear portion comprises a third lateral edge and a fourth lateral edge; and wherein the third lateral edge and the fourth lateral edge each extend forwardly and extend outwardly from the handle section at an angle relative to the longitudinal axis. | The Kobalt Pry Bar's rear portion has third and fourth lateral edges that extend forwardly and outwardly from the handle at an angle relative to the longitudinal axis. See Kobalt FIG. 2. |
| 12. The pry tool according to claim 9 wherein the rear portion comprises a third lateral edge and a fourth lateral edge that are each disposed in the first plane. | The Kobalt Pry Bar's rear portion has third and fourth lateral edges that are disposed in the first plane. See Kobalt FIGS. 1 and 2. |
| 15. The pry tool according to claim 8 wherein at least a portion of the second claw portion is disposed within the first plane. | The Kobalt Pry Bar has at least a portion of the second claw portion (e.g., the rear portion) of the second claw portion disposed within the first plane. See Kobalt FIG. 1. |

Exhibit 3 page 6

| Dependent Claims of the 11,981,552 Patent | Kobalt Pry Bar |
|---|---|
| 16. The pry tool according to claim 1 wherein at least a portion of the claw section is disposed within the first plane. | The Kobalt Pry Bar has at least a portion of the claw portion (e.g., the rear portion of the second claw portion) disposed within the first plane. See Kobalt FIG. 1. |
| 17. The pry tool according to claim 1 wherein the longitudinal axis is a first longitudinal axis and wherein at least a portion of the claw section comprises a second longitudinal axis. | The Kobalt Pry Bar has a first longitudinal axis (through the handle section) and at least a portion of the claw section has a second longitudinal axis (e.g., (1) the rear portion of the second claw portion has a second longitudinal axis that is the same as the first longitudinal axis OR (2) the first claw portion has a second longitudinal axis (second plane) that is perpendicular to the first longitudinal axis). See Kobalt FIG. 1. |
| 18. The pry tool according to claim 17 wherein the second longitudinal axis is in the first plane. | The Kobalt Pry Bar's second longitudinal axis of the rear portion of the second claw portion (e.g., option 1 in claim 17) is in the first plane. See Kobalt FIG. 1. |
| 19. The pry tool according to claim 18 wherein the portion of the claw section comprising the second longitudinal axis comprises a third lateral edge and a fourth lateral edge that each extend forwardly and extend outwardly from the handle section at an angle relative to the longitudinal axis. | The Kobalt Pry Bar's rear portion of the second claw portion has third and fourth lateral edges that extend forwardly and outwardly from the handle section at an angle relative to the longitudinal axis. See Kobalt FIG. 2. |
| 22. The pry tool according to claim 1 wherein the pry panel is integrally formed with the first claw portion. | The Kobalt Pry Bar's pry panel is integrally formed with the first claw portion. See Kobalt FIG. 4. |
| 24. The pry tool according to claim 1 wherein the claw section further comprises a second claw portion disposed between the handle section and the first claw portion; wherein the second claw portion has a first width near the first claw portion and the first claw portion has a second width; and wherein the first width and the second width are substantially similar | The Kobalt Pry Bar's claw section has a second claw portion between the handle section and the first claw portion where a width (the first width) of the second claw portion near the first claw portion (e.g., the forward portion of the second claw portion) is substantially similar to a width (the second width) of the first claw portion. See Kobalt FIGS. 2 and 4. |
| 25. The pry tool according to claim 24 wherein the first claw portion and the second claw portion are integrally formed. | The Kobalt Pry Bar's first and second claw portions are integrally formed. See Kobalt FIGS. 2 and 4. |

Exhibit 3 page 7

| Dependent Claims of the 11,981,552 Patent | Kobalt Pry Bar |
|---|---|
| 26. The pry tool according to claim 25 wherein the second claw portion comprises a forward section comprising the first width and a rearward section extending from the handle section; wherein the handle section has a third width that is narrower than the second width; and wherein the rearward section has a widening width as the rearward section extends from the handle section toward the forward section. | The Kobalt Pry Bar's second claw portion has a forward portion having the first width and a rearward (ore rear) portion extending from the handle section, where the handle section has a third width narrower than the second width (of the first claw portion) and the rearward section has a widening width as it extend from the handle section toward the forward portion.  See Kobalt FIG. 2. |

Exhibit 3 page 8